**BUXTON v. TEXAS & N. O. RY. CO. et al.**
**No. 2863.**

Court of Civil Appeals of Texas. Beaumont.
Dec. 19, 1935.

Tom C. Stephenson, of Beaumont, for appellant.

Duff & Cecil and Howth, Adams & Hart, all of Beaumont, for appellees.

WALKER, Chief Justice.

As this appeal is before us without briefs by either party, it is dismissed for want of prosecution. Haynes v. J. M. Radford Grocery Co., 118 Tex. 277, 14 S.W.(2d) 811.

Appeal dismissed.